**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHARLES KENNETH WALLACE, SR. | CIVIL ACTION NO. 20-1673-P |
| VERSUS | CHIEF JUDGE HICKS |
| JOHN BELL EDWARDS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Special Master and Motion for Class Action [Doc. 1] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of August, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT